PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KERVIN BROWN, | ) | |
| | ) | CASE NO. 5:17CV2464 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CITY OF MASSILLON, OHIO, | ) | |
| | ) | |
| Defendant. | ) | **ORDER OF DISMISSAL** |

Plaintiff was advised that if he could not show good cause why service was not made upon Defendant, the action would be dismissed. *See* Order (ECF No. 5) entered on April 27, 2018.

The file in this case continues to show no service of the summons and complaint upon Defendant. Accordingly,

The Court dismisses this case without prejudice.

IT IS SO ORDERED.

| | |
|---|---|
| May 15, 2018 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |